O'BRIEN, BELLAND & BUSHINSKY, LLC
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
*Attorneys for Plaintiffs*
By:   Mark E. Belland, Esquire
      Steven J. Bushinsky, Esquire

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE, VACATION FUNDS et al., <br><br>　　　　　　　　　　*Plaintiffs,*<br><br>v.<br><br>LIBMAK COMPANY, LLC,<br><br>　　　　　　　　　　*Defendant.* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 12-02029 (RMB-KMW)<br><br><br>ORDer GRaNtiNG<br>DEFAULT JUDGMENT |

THIS MATTER having come before the Court on Plaintiffs' request for entry of default judgment, it is on this ___18th___ day of ___October___, 2012,

IT IS ORDERED AND ADJUDGED that Plaintiffs, International Union of Painters and Allied Trades District Council 711 Health & Welfare, Vacation Funds, et al. ("the Funds"), shall recover from defendant, Libmak Company, LLC, the sum of $108,937.90, which is inclusive of interest and attorney's fees and costs.

IT IS FURTHER ORDERED AND ADJUDGED that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RENEÉ M. BUMB, U. S. D. C. J.